UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL THOMPSON, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTERPLATE OF DELAWARE, INC., et al.,<br><br>Defendants. | Case No.  5:16-cv-01486-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING STATUS CONFERENCE** |

Because this is a class action whose settlement will require court approval, the Order to Show Cause re: Settlement filed on May 16, 2016 (Dkt. No. 14) is DISCHARGED and the hearing scheduled for August 4, 2016, is VACATED.

Instead, the court schedules this action for a Status Conference at **10:00 a.m. on September 1, 2016.** On or before **August 25, 2016**, the parties shall file a Joint Status Conference Statement which provides, inter alia, an update on the anticipated motion for preliminary approval of class action settlement.

**IT IS SO ORDERED.**

Dated: July 29, 2016

EDWARD J. DAVILA
United States District Judge