1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GABRIEL THOMPSON,

          Plaintiff,

   v.

CENTERPLATE OF DELAWARE, INC., et al.,

          Defendants.

Case No.  5:16-cv-01486-EJD

**ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT**

Re: Dkt. No. 23

     Plaintiff brought several wage-and-hour claims on behalf of food-service employees who worked during the 2016 Super Bowl. Notice of Removal, Dkt. No. 1. He asserts claims for unpaid minimum wages, unpaid overtime and doubletime wages, unpaid rest periods, inaccurate wage statements, failure to pay wages due at separation, and violations of California's unfair competition laws. Compl., Dkt. No. 1 Ex. 3 at 8–16.

     Under the settlement, the employees will receive a total of $117,127.50. Mot. for Final Approval of Class Action Settlement ("Mot.") at 10, Dkt. No. 23. That amount is equivalent to

payment for five hours of work by each employee at that employee's hourly overtime rate. Id. The amount each employee will receive is calculated on the basis of wages they earned during the class period. Id. at 6. The individual awards will range from less than $1.00 to $1,440.32. Id. Fees to the settlement administrator will be $16,500. Id. at 2. The named plaintiff will receive $500. Plaintiff's counsel does not seek attorneys' fees. Id. at 3.

This Court granted preliminary approval of the settlement on November 9, 2016. Dkt. No. 21. No class member has objected or opted out. Mot. at 5.

The Court finds that the settlement is "fair, adequate, and reasonable." Churchill Vill., LLC v. Gen. Elec., 361 F.3d 566, 576 (9th Cir. 2004). Final approval of the class settlement is GRANTED.

The Clerk shall close this file.


**IT IS SO ORDERED.**

Dated: March 30, 2017

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:16-cv-01486-EJD
ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT